Argued 18 October, decided 31 October, 1904.

## ALLESINA *v.* ORIENT INSURANCE CO.
## ALLESINA *v.* WESTCHESTER INSURANCE CO.
## ALLESINA *v.* ATLAS. INSURANCE CO.

[78 Pac. 1117.]

From Multnomah : ARTHUR L. FRAZER, Judge.

These were actions by John Allesina against the above named insurance companies on sundry fire insurance policies, resulting in judgments for plaintiff, from which these appeals are taken.

For appellant there was a brief over the names of *Teal & Minor* and *T. C. Van Ness.*

For respondent there was a brief and an oral argument by *Mr. Henry E. McGinn.*

PER CURIAM. The above entitled causes were submitted on the argument of the case of *Allesina v. London & Liverpool & Globe Insurance Company*, 45 Or. 441 (78 Pac. 392), and are controlled by the opinion rendered in that case. The judgments are therefore affirmed.        AFFIRMED.